### STROUD v. BROOKS.

SIMMONS, C. J.  There was no error in that part of the charge of which complaint was made, the charge as a whole fully and fairly presented to the jury all the issues involved, the evidence warranted the verdict, and there was no error in refusing a new trial.

*Judgment affirmed.    All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 18,—Decided December 11, 1902.

Equitable petition. Before Judge Reagan. Monroe superior court. February 5, 1902.

*Persons & Persons* and *J. B. Williamson*, for plaintiff.
*Cabaniss & Willingham*, for defendant.